# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| MARK KELLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:22-cv-00071-TWP-KMB |
| ) | |
| DANIEL DORMAN, Executive Director for ) | |
| Operations United States Nuclear Regulatory ) | |
| Commission, ) | |
| DAVID WRIGHT, Chairman, NRC, ) | |
| CHRISTOPHER HANSON, Commissioner, NRC, ) | |
| JEFF BARAN, Commissioner, NRC, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff's Motion on Magistrate's Report and Recommendation on Plaintiff's Motion to Amend Complaint and Motion to Accept Second Amended Complaint (Dkt. 28) is treated as a timely objection to the Magistrate Judge's Report and Recommendation (Dkt. 27).

Defendants shall have until **Tuesday, January 17, 2023** to file a response, if any. No reply is necessary.

**SO ORDERED.**

Date: 1/10/2023

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

Mark Kelly
10955 South Fork Road
Dillsboro, Indiana   47018

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE
shelese.woods@usdoj.gov